91 A.3d 1236

**Richard D. MICKMAN, Appellee**

v.

**Elaine MICKMAN, Appellant.**

**Richard D. Mickman, Appellee**

v.

**Elaine Mickman, Appellant.**

Supreme Court of Pennsylvania.

Argued May 6, 2014.

Decided May 16, 2014.

Rebecca Lynn Bell, Esq., for Elaine Mickman.

William H. Lamb, Esq., James C. Sargent, Jr., Esq., Lamb McErlane, PC, West Chester, Jack A. Rounick, Esq., Norristown, for Richard Mickman.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and STEVENS, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**